## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PENN CLEANING SERVICES, INC | : | No. 541 MAL 2021 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| GAP PROPERTIES, LLC AND JOHN CAIRO | : | |
| | : | |
| | : | |
| PETITION OF: JOHN CAIRO | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.